UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-2518
_____

MIGUEL MARTINEZ,
                  Appellant

v.

J. RIVELLO, Superintendent SCI Huntingdon;
K. KAUFFMAN, Superintendent of SCI Huntingdon;
J. SPYKER, Deputy Superintendent Specialized Services;
S. WALTER, Deputy Superintendent Specialized Services;
G. RALSTON, Unit Manager of B and C Blocks;
J. WETZEL, Secretary of the Department of Corrections
of the Commonwealth of Pennsylvania;
T. BICKELL, Executive Deputy for Institutional Operations
for Department of Corrections
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 3:21-cv-01908)
Magistrate Judge: Honorable Karoline Mehalchick
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 3, 2023

Before: JORDAN, GREENAWAY, JR., and NYGAARD, Circuit Judges
_____

**JUDGMENT**
_____

    This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on March 3, 2023. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered August 3, 2022, be and the same is hereby affirmed. Costs taxed against the appellant. All of the above in accordance with the opinion of this Court.

          ATTEST:

          s/ Patricia S. Dodszuweit
          Clerk

Dated: May 11, 2023