# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUEL MARTINEZ,<br><br>                Plaintiff,<br>   v.<br><br>J. RIVELLO, et al.,<br><br>                Defendants. | CIVIL ACTION NO. 3:21-CV-01908<br><br>(MEHALCHICK, M.J.) |

## ORDER

This is a *pro se* civil rights action initiated upon the filing of the original complaint in this matter on November 9, 2021, by Plaintiff Miguel Martinez ("Martinez"). (Doc. 1). On September 6, 2022, Martinez filed a motion to compel and a corresponding brief in support. (Doc. 34; Doc. 35). Defendants have not responded to the motion. Defendants' brief in opposition to Martinez's motion was due on June 16, 2023. (Doc. 47).

**IT IS HEREBY ORDERED** that Defendants shall file a brief in opposition to Martinez's motion (Doc. 34) on or before **Friday, July 14, 2023**. If the opposition brief is not timely filed, Defendants shall be deemed not to oppose the motion. *See* L.R. 7.6. Martinez may file a reply brief within fourteen (14) days after service of the brief in opposition. *See* L.R. 7.7. All briefs must conform to the requirements of Local Rule 7.8. No further extensions will be permitted.

Dated: June 30, 2023                               *s/ Karoline Mehalchick*
                                                                                       **KAROLINE MEHALCHICK**
                                                                                        **Chief United States Magistrate Judge**